**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RICHARD G. SCHMIDT, M.D. | : | No. 156 MAL 2018 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| STEVEN LEBOON AND CASSANDRA LEBOON | : | |
| | : | |
| | : | |
| PETITION OF: STEVEN LEBOON | : | |
| | | |
| RICHARD G. SCHMIDT, M.D. | : | No. 157 MAL 2018 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| STEVEN LEBOON AND CASSANDRA LEBOON | : | |
| | : | |
| | : | |
| PETITION OF: CASSANDRA LEBOON | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.